## Providing Opportunities for Everyone



"Five and a half years ago, my life was flipped upside down when I gave birth to my son, Steven. He was born with Down Syndrome. From that moment on, I knew that I needed to do my best to provide him with the skills that he would need to become an independent adult and a valuable member of his community."

"Our experience with the Miracle League has been life-changing. I realized that my life had not been flipped upside down; instead, it had been flipped right side up. Friendships were formed. And through continued involvement with the Fairfield Family Y, activities provided our friendships the chance to be strengthened. Steven's Miracle League "buddies" are now members of his family."

"The Joe Nuxhall Miracle Leagues are truly magical. Time stands still. Miracles happen. Moments in time are forever etched into our memory, providing us with smiles and laughter that will never fade."

"Steven has also been involved with adaptive swimming lessons, specifically designed for special needs children. This has provided us both with more opportunities to develop life skills and independence. He is learning water safety, and it has opened up our communication with one another. He is learning new words, thought processes, and learning how to ask for things he wants, such as going swimming."

"I will be forever grateful to the Y for opening these doors for all of us in the special needs community."

Denise Watts, mother of Steven Heffron

the Y — **CHANGING LIVES** 



## Providing Convenient Programs



The Early Learning Center was recognized for its work in early childhood education and for providing convenient programs to the community. Arne Duncan, U.S. Secretary of Education, visits and tours a YMCA Early Learning Center promoting a proposal to expand access for pre-kindergarten learning. The plan would expand learning opportunities for all children.

 **INCREASE LEARNING**